IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- X
JENNIFER TAYLOR, On Behalf of Herself    )
and All Others Similarly Situated,       )    1:06-CV-08322 (AKH) (DCF)
                                         )
            Plaintiff,                   )    ECF
                                         )
       v.                                )    NOTICE OF APPEARANCE
                                         )
ANDREW J. McKELVEY, GEORGE R.            )
EISELE, JOHN R. GAULDING, JOHN           )
SWANN, MICHAEL KAUFMAN,                  )
RONALD J. KRAMER, DAVID A. STEIN,        )
JAMES J. TREACY, JEFFREY C. AYLOR,       )
PAUL CAMARA, JOHN McLAUGHLIN,            )
WILLIAM M. PASTORE, JONATHAN             )
TRUMBULL, MYRON F. OLESNYCKYJ,           )
BRADFORD J. BAKER, STEVE                 )
POGORZELSKI, THOMAS G. COLLISON,         )
MONSTER WORLDWIDE 401(K)                 )
COMMITTEE, and MONSTER                   )
WORLDWIDE INC.,                          )
                                         )
            Defendants.                  )

------------------------------------------------------- x
```

PLEASE TAKE NOTICE, that we and the undersigned law firm have been retained to appear as

counsel on behalf of defendant David A. Stein.

Dated: New York, New York
       February 5, 2006

                                        JONES DAY

                             By: s/ Kelly A. Carrero
                                  Geoffrey S. Stewart (GS-5413)
                                  Kelly A. Carrero (KC-5218)
                                  222 East 41st Street
                                  New York, NY 10017
                                  Tel.: (212) 326-3939

                                  Attorneys for Defendant David A. Stein

To: Attached list of counsel of record

Thomas J. McKenna
GAINEY & MCKENNA
295 Madison Avenue
4th Floor
New York, NY 10017

Gandolfo V. DiBlasi
Stacey R. Friedman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
(2 12) 558-4000

Andrew DeVore
Steven Reich
MANATT PHELPS & PHILLIPS LLP
7 Times Square
New York, NY 10036
Tel: 212-790-4535

Paul Vizcarrondo
David B. Anders, Esq.
WACHTELL, LIPTON, ROSEN & KATZ
51 W. 52nd Street
New York, NY 10019
Tel: 212-403- 1208

Alan Vinegrad
COVINGTON & BURLING LLP
1330 Avenue of the Americas
New York, NY 10019
Tel: (212) 841-1022

Lawrence S. Bader
Ashley Rupp
MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.
565 Fifth Avenue
New York, NY 10017
Tel: 212-880-9440

Jeremy Feigelson
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel : 212-909-6230

Steven G. Kobre
KOBRE & KIM LLP
800 Third Avenue
New York. NY 10022
Tel: 212-488-1202

Lawrence J. Zweifach
HELLER EHRMAN LLP
7 Times Square
New York, NY 10036
Tel: 212-847-8762

Michael Horowitz
Erin E. Foley
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, N.W.
Washington, DC 20004

John S. Siffert
LANKLER SIFFERT & WOHL LLP
500 5th Ave., 33rd Floor
New  York, NY 10110
Tel: 212-921-8399

David Eiseman
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue, 35th Floor
New York, NY 10022
Tel.: 212-907-7330

Robert M. Romano
John Shin
MORGAN, LEWIS & BOCKIUS LLP
10 1 Park Avenue
New York, NY 10178
Tel.: 212-309-6844

Marc L. Mukasey
BRACEWELL & GUILIANI
1177 Avenue of the Americas, 19th Floor
New York, NY 10036-2714
Tel: 212-508-6100

Jonathan Bach
Jeffrey Gross
COOLEY GODWARD KRONISH LLP
1114 Avenue of the Americas
46th Floor
New York, NY 10036
Tel: 212-479-6470

# **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing was served electronically and by first class mail pursuant to the rules of this court.

Dated February 5, 2007                                                s/ Kelly A. Carrero_____
                                                                                           Kelly A. Carrero