UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
JENNIFER TAYLOR, On Behalf of Herself and All : 
Others Similarly Situated, :
 :
        Plaintiff, :
 :
   vs. : Case No. 06-CV-8322 (AKH)
 :
MONSTER WORLDWIDE INC., ANDREW J. : ECF Case
McKELVEY, GEORGE R. EISELE, JOHN R. :
GAULDING, JOHN SWANN, MICHAEL KAUFMAN, :
RONALD J. KRAMER, DAVID A. STEIN, JAMES J. :
TREACY, JEFFREY C. TAYLOR, THOMAS G. :
COLLISON, PAUL CAMARA, JOHN McLAUGHLIN, :
MYRON F. OLESNYCKYJ, MICHAEL E. SILECK, :
PETER DOLPHIN, BRIAN FARREY, STEVE :
POGORZELSKI, ROBERT J. O'CONNELL, :
BRADFORD J. BAKER, CHRIS G. POWER, DAVID A. :
HOSOKAWA, STUART J. McKELVEY, WILLIAM M. :
PASTORE, JONATHAN TRUMBULL, PATRICK :
HARRINGTON, GREG LIMOGES and MONSTER :
WORLDWIDE, INC. 401(K) SAVINGS PLAN :
ADMINISTRATIVE COMMITTEE, :
 :
        Defendants. :
-----------------------------------------------------------------------x

**NOTICE OF MOTION OF GEORGE R. EISELE, JOHN R. GAULDING, MICHAEL KAUFMAN, RONALD J. KRAMER, AND JOHN SWANN TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE EMPLOYEE RETIREMENT INCOME SECURITY ACT**

    PLEASE TAKE NOTICE that, upon the accompanying:

1.    Memorandum of Law in Support of the Motion of George R. Eisele, John R. Gaulding, Michael Kaufman, Ronald J. Kramer, and John Swann to Dismiss Plaintiff's Amended Class Action Complaint for Violations of the Employee Retirement Income Security Act; and

2.    Declaration of Neil A. Steiner filed June 8, 2007,

Defendants George R. Eisele, John R. Gaulding, Michael Kaufman, Ronald J. Kramer, and John

Swann, by their undersigned counsel, hereby move before the United States District Court for the

Southern District of New York, United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, pursuant to Federal Rules of Civil Procedure 8 and 12(b), for an order dismissing the Amended Class Action Complaint for Violations of the Employee Retirement Income Security Act, dated February 16, 2007, and each of its claims, as against them. Leave to amend should be denied.

Dated: New York, New York
June 8, 2007

Respectfully submitted,

WACHTELL, LIPTON, ROSEN & KATZ

/s/ Paul Vizcarrondo, Jr.
Paul Vizcarrondo, Jr. (PV-2535)
David B. Anders (DA-6932)
Joshua A. Naftalis (JN-8054)
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000