UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER TAYLOR, JULIE M. TOTSCH, THOMAS J. FOLEY, ANN BURKS, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW J. McKELVEY, MONSTER WORLDWIDE, INC., MONSTER WORLDWIDE, INC. 401(K) SAVINGS PLAN ADMINISTRATIVE COMMITTEE, CHRIS G. POWER, GREG LIMOGES, PEGGY BUCHENROTH, ROBERT MOLNAR, MARGARETTA NOONAN, and JOHN and JANE DOES 1-10,<br><br>Defendants. | Civil Action No.: 06-cv-8322 (AKH) |

**PLAINTIFFS' NOTICE OF MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT, SETTLEMENT CLASS
CERTIFICATION AND PLAN OF ALLOCATION, AND FOR AWARD OF
ATTORNEYS' FEES, EXPENSES AND CASE CONTRIBUTION AWARDS**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 23, the requirements of due process, this Court's Order Preliminarily Certifying a Class for Settlement Purposes, Preliminarily Approving Proposed Class Action Settlement, Approving Form and Manner of Class Notice, and Setting Date for Hearing on Final Approval of Settlement and Award of Attorneys' Fees and Expenses and Plaintiffs' Case Contribution Awards ("Order for Notice and Hearing"), dated December 3, 2009, and upon the accompanying Memoranda of Law, Declarations and exhibits and the schedule previously set by the Court, Plaintiffs Jennifer Taylor, Julie M. Tosch, Thomas J. Foley, and Anne Burks ("Plaintiffs") do hereby move this Court on

February 9, 2010 at 3 p.m. in the Courtroom of the Honorable Alvin K. Hellerstein, United States District Judge for the Southern District of New York, Courtroom 14D, United States Courthouse, 500 Pearl Street, New York, New York 10007, or such other location and time as set by the Court, for an Order:

a) granting final approval of the Settlement of this litigation;

b) certifying the proposed Settlement Class under Fed. R. Civ. P. 23(a) and (b)(1);

c) determining that the forms and methods of notice to the Settlement Class were appropriate and sufficient;

d) approving of the proposed Plan of Allocation of the Settlement Fund;

e) awarding the attorneys' fees, expenses and Case Contribution Awards requested by Plaintiffs; and

f) granting such other relief as justice requires.

The [Proposed] Order and Final Judgment and Plan of Allocation are submitted herewith.

Respectfully submitted this 1st day of February, 2010.

**SQUITIERI & FEARON, LLP**

By: */s/ Stephen J. Fearon, Jr.*
    Stephen J. Fearon, Jr.
    Olga Anna Posmyk
32 East 57th Street, 12th Floor
New York, NY 10022
Tel: (212)421-6492
Fax: (212) 421-6553
Email: stephen@sfclasslaw.com
       olga@sfclasslaw.com

**GAINEY & McKENNA**

By: */s/ Thomas J. McKenna*
    Thomas J. McKenna
295 Madison Avenue, 4th Floor
New York, New York 10017
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gaineyandmckenna.com
       tjmlaw2001@yahoo.com

*Class Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2010, a true and correct copy of the foregoing *Plaintiffs' Notice Of Motion For Final Approval Of Class Action Settlement, Settlement Class Certification And Plan Of Allocation, and for Award of Attorneys' Fees, Expenses and Case Contribution Awards* was served via the Court's electronic filing system upon the counsel of record as set forth below:

Dated: February 1, 2010

*/s/Stephen J. Fearon, Jr.*