# SQUITIERI & FEARON, LLP

32 EAST 57TH STREET
12TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 421-6492
FAX: (212) 421-6553
www.sfclasslaw.com

NEW JERSEY OFFICE
2600 KENNEDY BOULEVARD
SUITE 1K
JERSEY CITY, NEW JERSEY 07306
TEL: (201) 200-0900
FAX: (201) 200-9008

MEMBERS OF THE FIRM
LEE SQUITIERI*
STEPHEN J. FEARON, JR.
*ADMITTED TO N.Y. & N.J. BARS

February 12, 2010

**BY HAND**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

  Re: *Taylor, et al. v. Monster Worldwide, et al.*,
    <u>Civil Index No.: 06-cv-8322 (AKH)</u>

Dear Judge Hellerstein:

  We represent Plaintiffs in the above-referenced action. At Your Honor's direction, we have conferred with counsel for Defendants and respectfully propose the following mutually-agreeable dates to conduct the hearing on Class Counsel's application for attorneys' fees and expenses:

  February 22, 2010
  February 23, 2010
  March 9, 2010
  March 10, 2010
  March 12, 2010.

            Respectfully submitted,

            Squitieri & Fearon, LLP

            By: _____
              Olga Anna Posmyk

---

*[Handwritten annotation:]* The hearing will take place on MARCH 12, 2010 at 12:00.
2/16/10
/s/ AKH

           Gainey & McKenna

           By: */s/ Thomas J. McKenna*
             Thomas J. McKenna


cc:  Neil Steiner, Esq. (by e-mail)